# Exhibit A

# MAGNA

# PURCHASE ORDER

COSMA BODY ASSEMBLY MICHIGAN
54725 GRAND RIVER AVE.
NEW HUDSON, MI 48165
DUNS 079856210

Phone:                              Fax:
Email:  CBM_SH_AP@magna.com  Tax ID:

**REVISION # 999**
**SPOT ORDER**
**BLANKET ORDER      X**

| PURCHASE ORDER NO. |
| --- |
| **101403** |
| This number MUST appear on all Packing Slips, Invoices, etc. |

| S U P P L I E R | S H I P   T O |
| --- | --- |
| ANCHOR MANUFACTURING GROUP INC   10505<br>12200 BROOKPARK RD.<br>CLEVELAND,OH,USA<br>44130<br>TEL: 2163621850 | COSMA BODY ASSEMBLY MICHIGAN    CBAMPLANT<br>54725 GRAND RIVER AVE.<br>NEW HUDSON, MI, USA<br><br>48165 |

| PAYMENT TERMS | SHIPPING TERMS | SHIP VIA |
| --- | --- | --- |
| 2nd DAY 2nd MONTH | ORIGIN | TRUCK |

| DATE ORDERED | DATE REQUIRED | TAXABLE | NON-TAXABLE | FREIGHT CHARGES |
| --- | --- | --- | --- | --- |
| 12/30/19 | ** See Below ** | ☐ | ☒ | ☒ Prepaid  ☐ Collect  ☐ Invoice |

| ITEM | PART NUMBER | DESCRIPTION | QTY ORDERED | ORD U/M | UNIT PRICE | PRC U/M | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | A1-1004A-0C | PANEL-FRT W/H FRT RH<br>GM 42488276.geo_fin001.001999<br>Was GM 94522946<br>VPT#: 42488276 | .00 | EA | 1.8618 | EA | .00 |
| | | Req. Date: 1/01/20    REQR      : DMA<br>GL ACCT# : _____ 20120 | | | | | |
| 2 | A1-1020A-0E | BAR-F/END UPR TIE UPR<br>42713379.geo_fin001.001999<br>42713379<br>VPT#: 42713379 | .00 | EA | 2.7045 | EA | .00 |
| | | Req. Date: 1/01/20    REQR      : DMA<br>GL ACCT# : _____ 20120 | | | | | |
| 3 | A1-1029A-0B | BAR-F/END UPR TIE LWR<br>GM 94522932<br>94522932<br>VPT#: 94522932 | .00 | EA | 1.8879 | EA | .00 |
| | | Req. Date: 1/01/20    REQR      : DMA<br>GL ACCT# : _____ 20120 | | | | | |
| 4 | A1-1044A-0C | PANEL-FRT W/H FRT LH<br>GM 42488272.geo_fin001.001999<br>Was GM 94522935<br>VPT#: 42488272 | .00 | EA | 1.8618 | EA | .00 |
| | | Req. Date: 1/01/20    REQR      : DMA<br>GL ACCT# : _____ 20120 | | | | | |
| 5 | A1-1059A-0E | PNL-PLENUM LWR | .00 | EA | 5.0391 | EA | .00 |

**SUPPLIER MUST ACKNOWLEDGE PRICE AND DELIVERY**

IMPORTANT
Buyer's Purchase Order Terms and Conditions, which are available at www.magna.com, are incorporated by reference herein and form an integral part hereof. Upon request, Buyer will furnish Seller with a hard copy of Buyer's Purchase Order Terms and Conditions. SELLER'S ACCEPTANCE OF THIS PURCHASE ORDER IS LIMITED TO THE TERMS AND CONDITIONS SPECIFIED ABOVE AND INCORPORATED BY REFERENCE HEREIN, AND ADDITIONAL OR DIFFERENT TERMS OR CONDITIONS PROPOSED BY SELLER ARE HEREBY REJECTED, UNLESS OTHERWISE EXPRESSLY AGREED IN WRITING BY BUYER AND SIGNED BY BUYER'S AUTHORIZED REPRESENTATIVES.
Applicable products must be properly labelled and accompanied by a Material Safety Data Sheet. Contractors and suppliers must comply with Cosma Body Assembly Michigan rules and requirements and applicable legislation.

**CONTINUED NEXT PAGE ......**

# ▲▲ MAGNA

# PURCHASE ORDER

COSMA BODY ASSEMBLY MICHIGAN
54725 GRAND RIVER AVE.
NEW HUDSON, MI 48165
DUNS 079856210

Phone:                    Fax:
Email:  CBM_SH_AP@magna.com  Tax ID:

**REVISION # 999**
**SPOT ORDER**
**BLANKET ORDER      X**

| PURCHASE ORDER NO. |
| --- |
| **101403** |
| This number MUST appear on all Packing Slips, Invoices, etc. |

| **S U P P L I E R** | **S H I P   T O** |
| --- | --- |
| ANCHOR MANUFACTURING GROUP INC   10505<br>12200 BROOKPARK RD.<br>CLEVELAND,OH,USA<br>44130<br>TEL: 2163621850 | COSMA BODY ASSEMBLY MICHIGAN       CBAMPLANT<br>54725 GRAND RIVER AVE.<br>NEW HUDSON, MI, USA<br><br>48165 |

| PAYMENT TERMS | SHIPPING TERMS | SHIP VIA |
| --- | --- | --- |
| 2nd DAY 2nd MONTH | ORIGIN | TRUCK |

| DATE ORDERED | DATE REQUIRED | TAXABLE | NON-TAXABLE | FREIGHT CHARGES | | |
| --- | --- | --- | --- | --- | --- | --- |
| 12/30/19 | ** See Below ** | ☐ | ☒ | ☒ Prepaid | ☐ Collect | ☐ Invoice |

| ITEM | PART NUMBER | DESCRIPTION | QTY ORDERED | ORD U/M | UNIT PRICE | PRC U/M | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | 42623108.geo_fin001.001999<br>42623108<br>VPT#: 42623108 | | | | | |
| | Req. Date: 1/01/20 | REQR     : DMA<br>GL ACCT# :    20120 | | | | | |
| 6 | A1-1061A-0A | PNL-DA UPR EXTN<br>GM 94523197<br>94523197<br>VPT#: 94523197 | .00 | EA | 3.9193 | EA | .00 |
| | Req. Date: 1/01/20 | REQR     : DMA<br>GL ACCT# :    20120 | | | | | |
| 7 | B1-1185A-0D | OUTRIGGER-U/B S/RL #3 LH<br>GM 84227982<br>84227982.geo_fin001.001999<br>VPT#: 84227982 | .00 | EA | .6795 | EA | .00 |
| | Req. Date: 1/01/20 | REQR     : DMA<br>GL ACCT# :    20120 | | | | | |
| 8 | B1-1190A-0D | OUTRIGGER-U/B S/RL #3 RH<br>GM 84227981<br>84227981.geo_fin001.001999<br>VPT#: 84227981 | .00 | EA | .6795 | EA | .00 |
| | Req. Date: 1/01/20 | REQR     : DMA<br>GL ACCT# :    20120 | | | | | |
| 9 | B1-1210A-0C | BRKT RAIL DASH LH<br>GM 84449359 | .00 | EA | .8640 | EA | .00 |

**SUPPLIER MUST ACKNOWLEDGE PRICE AND DELIVERY**

IMPORTANT
Buyer's Purchase Order Terms and Conditions, which are available at www.magna.com, are incorporated by reference herein and form an integral part hereof. Upon request, Buyer will furnish Seller with a hard copy of Buyer's Purchase Order Terms and Conditions. SELLER'S ACCEPTANCE OF THIS PURCHASE ORDER IS LIMITED TO THE TERMS AND CONDITIONS SPECIFIED ABOVE AND INCORPORATED BY REFERENCE HEREIN, AND ADDITIONAL OR DIFFERENT TERMS OR CONDITIONS PROPOSED BY SELLER ARE HEREBY REJECTED, UNLESS OTHERWISE EXPRESSLY AGREED IN WRITING BY BUYER AND SIGNED BY BUYER'S AUTHORIZED REPRESENTATIVES.
Applicable products must be properly labelled and accompanied by a Material Safety Data Sheet. Contractors and suppliers must comply with Cosma Body Assembly Michigan rules and requirements and applicable legislation.

**CONTINUED NEXT PAGE ......**

# ♠ MAGNA

# PURCHASE ORDER

| | PURCHASE ORDER NO. |
|---|---|
| | **101403** |
| | This number MUST appear on all Packing Slips, Invoices, etc. |

COSMA BODY ASSEMBLY MICHIGAN
54725 GRAND RIVER AVE.
NEW HUDSON, MI 48165
DUNS 079856210

**REVISION # 999**
**SPOT ORDER**
**BLANKET ORDER    X**

Phone:                    Fax:
Email:  CBM_SH_AP@magna.com  Tax ID:

| **S U P P L I E R** | **S H I P   T O** |
|---|---|
| ANCHOR MANUFACTURING GROUP INC   10505<br>12200 BROOKPARK RD.<br>CLEVELAND,OH,USA<br>44130<br>TEL: 2163621850 | COSMA BODY ASSEMBLY MICHIGAN      CBAMPLANT<br>54725 GRAND RIVER AVE.<br>NEW HUDSON, MI, USA<br><br>48165 |

| PAYMENT TERMS | SHIPPING TERMS | SHIP VIA |
|---|---|---|
| 2nd DAY 2nd MONTH | ORIGIN | TRUCK |

| DATE ORDERED | DATE REQUIRED | TAXABLE | NON-TAXABLE | FREIGHT CHARGES |
|---|---|---|---|---|
| 12/30/19 | ** See Below ** | ☐ | ☒ | ☒ Prepaid  ☐ Collect  ☐ Invoice |

| ITEM | PART NUMBER | DESCRIPTION | QTY ORDERED | ORD U/M | UNIT PRICE | PRC U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | 84448359.geo_fin001.002999<br>VPT#: 84449359 | | | | | |
| | | Req. Date: 1/01/20 | REQR    : DMA<br>GL ACCT#  : ____ 20120 | | | | |
| 10 | B1-1213A-0D | EXT-F/CMPT OTR S/RL UPR LH<br>GM 84296877<br>84296877.geo_fin001.001999<br>VPT#: 84296877 | .00 | EA | 2.7430 | EA | .00 |
| | | Req. Date: 1/01/20 | REQR    : DMA<br>GL ACCT#  : ____ 20120 | | | | |
| 11 | B1-1235A-0B | BULK HEAD RAIL FRT COMPT (LH)<br>GM 23464466<br>23464466.geo_fin001.002999<br>VPT#: 23464466 | .00 | EA | .7139 | EA | .00 |
| | | Req. Date: 1/01/20 | REQR    : DMA<br>GL ACCT#  : ____ 20120 | | | | |
| 12 | B1-1253A-0D | EXT-F/CMPT OTR S/RL UPR RH<br>GM 84296878<br>84296878.geo_fin001.001999<br>VPT#: 84296878 | .00 | EA | 2.7430 | EA | .00 |
| | | Req. Date: 1/01/20 | REQR    : DMA<br>GL ACCT#  : ____ 20120 | | | | |
| 13 | B1-1265A-0E | BRKT RAIL DASH RH<br>GM 84449357<br>84449357.geo_fin001.001999 | .00 | EA | .8640 | EA | .00 |

**SUPPLIER MUST ACKNOWLEDGE PRICE AND DELIVERY**

IMPORTANT
Buyer's Purchase Order Terms and Conditions, which are available at www.magna.com, are incorporated by reference herein and form an integral part hereof. Upon request, Buyer will furnish Seller with a hard copy of Buyer's Purchase Order Terms and Conditions. SELLER'S ACCEPTANCE OF THIS PURCHASE ORDER IS LIMITED TO THE TERMS AND CONDITIONS SPECIFIED ABOVE AND INCORPORATED BY REFERENCE HEREIN, AND ADDITIONAL OR DIFFERENT TERMS OR CONDITIONS PROPOSED BY SELLER ARE HEREBY REJECTED, UNLESS OTHERWISE EXPRESSLY AGREED IN WRITING BY BUYER AND SIGNED BY BUYER'S AUTHORIZED REPRESENTATIVES.
Applicable products must be properly labelled and accompanied by a Material Safety Data Sheet. Contractors and suppliers must comply with Cosma Body Assembly Michigan rules and requirements and applicable legislation.

**CONTINUED NEXT PAGE ......**

**MAGNA**

# PURCHASE ORDER

COSMA BODY ASSEMBLY MICHIGAN
54725 GRAND RIVER AVE.
NEW HUDSON, MI 48165
DUNS 079856210

| PURCHASE ORDER NO. |
|---|
| **101403** |
| This number MUST appear on all Packing Slips, Invoices, etc. |

**REVISION # 999**
**SPOT ORDER**
**BLANKET ORDER    X**

Phone:                     Fax:
Email:  CBM_SH_AP@magna.com  Tax ID:

| **S U P P L I E R** | **S H I P   T O** |
|---|---|
| ANCHOR MANUFACTURING GROUP INC    10505<br>12200 BROOKPARK RD.<br>CLEVELAND,OH,USA<br>44130<br>TEL: 2163621850 | COSMA BODY ASSEMBLY MICHIGAN    CBAMPLANT<br>54725 GRAND RIVER AVE.<br>NEW HUDSON, MI, USA<br><br>48165 |

| PAYMENT TERMS | SHIPPING TERMS | SHIP VIA |
|---|---|---|
| 2nd DAY 2nd MONTH | ORIGIN | TRUCK |

| DATE ORDERED | DATE REQUIRED | TAXABLE | NON-TAXABLE | FREIGHT CHARGES |
|---|---|---|---|---|
| 12/30/19 | ** See Below ** | ☐ | X | X Prepaid  ☐ Collect  ☐ Invoice |

| ITEM | PART NUMBER | DESCRIPTION | QTY ORDERED | ORD U/M | UNIT PRICE | PRC U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | VPT#: 84449357 | | | | | |
| | | REQR       : DMA | | | | | |
| | | GL ACCT# :      20120 | | | | | |
| 14 | B1-1281A-0B | BULK HEAD RAIL FRT COMPT (RH) | .00 | EA | .7139 | EA | .00 |
| | | GM 23464515 | | | | | |
| | | 23464515.geo_fin001.002999 | | | | | |
| | | VPT#: 23464515 | | | | | |
| | Req. Date: 1/01/20 | REQR       : DMA | | | | | |
| | | GL ACCT# :      20120 | | | | | |
| 15 | B1-1282A-0C | DLMFS BRKT-PT MNT FT (RH) | .00 | EA | .8481 | EA | .00 |
| | | GM 84420842 | | | | | |
| | | 84420842.geo_fin001.001999 | | | | | |
| | | VPT#: 84420842 | | | | | |
| | Req. Date: 1/01/20 | REQR       : DMA | | | | | |
| | | GL ACCT# :      20120 | | | | | |
| 16 | D1-1411A-0B | BAR-FLR PNL #2 CR | .00 | EA | 5.3032 | EA | .00 |
| | | GM ANR30506.GEO_FIN001.002999 | | | | | |
| | | ANR30506 | | | | | |
| | Req. Date: 1/01/20 | REQR       : DMA | | | | | |
| | | GL ACCT# :      20120 | | | | | |
| 17 | D1-1412A-0B | EXTENSION-FLR PNL #2 C/BAR | .00 | EA | .9719 | EA | .00 |
| | | GM ANR67103.GEO_FIN001.002999 | | | | | |
| | | ANR67103 | | | | | |
| | | VPT#: ANR67103 | | | | | |
| | Req. Date: 1/01/20 | REQR       : DMA | | | | | |

**SUPPLIER MUST ACKNOWLEDGE PRICE AND DELIVERY**

IMPORTANT
Buyer's Purchase Order Terms and Conditions, which are available at www.magna.com, are incorporated by reference herein and form an integral part hereof. Upon request, Buyer will furnish Seller with a hard copy of Buyer's Purchase Order Terms and Conditions. SELLER'S ACCEPTANCE OF THIS PURCHASE ORDER IS LIMITED TO THE TERMS AND CONDITIONS SPECIFIED ABOVE AND INCORPORATED BY REFERENCE HEREIN, AND ADDITIONAL OR DIFFERENT TERMS OR CONDITIONS PROPOSED BY SELLER ARE HEREBY REJECTED, UNLESS OTHERWISE EXPRESSLY AGREED IN WRITING BY BUYER AND SIGNED BY BUYER'S AUTHORIZED REPRESENTATIVES.
Applicable products must be properly labelled and accompanied by a Material Safety Data Sheet. Contractors and suppliers must comply with Cosma Body Assembly Michigan rules and requirements and applicable legislation.

**CONTINUED NEXT PAGE ......**

# ▲▲ MAGNA

# PURCHASE ORDER

COSMA BODY ASSEMBLY MICHIGAN
54725 GRAND RIVER AVE.
NEW HUDSON, MI 48165
DUNS 079856210

Phone:                    Fax:
Email:  CBM_SH_AP@magna.com  Tax ID:

**REVISION # 999**
**SPOT ORDER**
**BLANKET ORDER      X**

| PURCHASE ORDER NO. |
| --- |
| **101403** |
| This number MUST appear on all Packing Slips, Invoices, etc. |

| **S U P P L I E R** | **S H I P   T O** |
| --- | --- |
| ANCHOR MANUFACTURING GROUP INC    10505<br>12200 BROOKPARK RD.<br>CLEVELAND,OH,USA<br>44130<br>TEL: 2163621850 | COSMA BODY ASSEMBLY MICHIGAN      CBAMPLANT<br>54725 GRAND RIVER AVE.<br>NEW HUDSON, MI, USA<br><br>48165 |

| PAYMENT TERMS | SHIPPING TERMS | SHIP VIA |
| --- | --- | --- |
| 2nd DAY 2nd MONTH | ORIGIN | TRUCK |

| DATE ORDERED | DATE REQUIRED | TAXABLE | NON-TAXABLE | FREIGHT CHARGES |
| --- | --- | --- | --- | --- |
| 12/30/19 | ** See Below ** | ☐ | X | X Prepaid  ☐ Collect  ☐ Invoice |

| ITEM | PART NUMBER | DESCRIPTION | QTY ORDERED | ORD U/M | UNIT PRICE | PRC U/M | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 18 | D1-1417A-0B | GL ACCT# :        20120<br>REINF-FLR PNL#3 C/BAR LH<br>ANR43225/002 12-10029<br>ANR43225<br>VPT#: ANR43225_ | .00 | EA | .6020 | EA | .00 |
|  | Req. Date: 1/01/20 | REQR     : DMA | | | | | |
| 19 | D1-1418A-0B | GL ACCT# :        20120<br>REINF-FLR PNL#2 C/BAR RH<br>ANR43227/002 12-10029<br>ANR43227<br>VPT#: ANR43227_ | .00 | EA | .6020 | EA | .00 |
|  | Req. Date: 1/01/20 | REQR     : DMA | | | | | |
| 20 | D1-1510A-0A | GL ACCT# :        20120<br>BAR-FLR PNL #3 CR<br>GM ANR30961.GEO_FIN001.001999<br>ANR30961 | .00 | EA | 5.8800 | EA | .00 |
|  | Req. Date: 1/01/20 | REQR     : DMA | | | | | |
| 21 | D1-1517A-0B | GL ACCT# :        20120<br>REINF-FLR PNL#3 C/BAR LH<br>ANR14221/002 12-10029<br>ANR14221<br>VPT#: ANR14221_ | .00 | EA | .6790 | EA | .00 |
|  | Req. Date: 1/01/20 | REQR     : DMA | | | | | |
| 22 | D1-1518A-0B | GL ACCT# :        20120<br>REINF-FLR PNL#3 C/BAR RH | .00 | EA | .6790 | EA | .00 |

## SUPPLIER MUST ACKNOWLEDGE PRICE AND DELIVERY

IMPORTANT
Buyer's Purchase Order Terms and Conditions, which are available at www.magna.com, are incorporated by reference herein and form an integral part hereof. Upon request, Buyer will furnish Seller with a hard copy of Buyer's Purchase Order Terms and Conditions. SELLER'S ACCEPTANCE OF THIS PURCHASE ORDER IS LIMITED TO THE TERMS AND CONDITIONS SPECIFIED ABOVE AND INCORPORATED BY REFERENCE HEREIN, AND ADDITIONAL OR DIFFERENT TERMS OR CONDITIONS PROPOSED BY SELLER ARE HEREBY REJECTED, UNLESS OTHERWISE EXPRESSLY AGREED IN WRITING BY BUYER AND SIGNED BY BUYER'S AUTHORIZED REPRESENTATIVES.
Applicable products must be properly labelled and accompanied by a Material Safety Data Sheet. Contractors and suppliers must comply with Cosma Body Assembly Michigan rules and requirements and applicable legislation.

**CONTINUED NEXT PAGE ......**

# ⛰ MAGNA

# PURCHASE ORDER

| | PURCHASE ORDER NO. |
|---|---|
| | **101403** |
| | This number MUST appear on all Packing Slips, Invoices, etc. |

COSMA BODY ASSEMBLY MICHIGAN
54725 GRAND RIVER AVE.
NEW HUDSON, MI 48165
DUNS 079856210

**REVISION # 999**
**SPOT ORDER**
**BLANKET ORDER      X**

Phone:                    Fax:
Email:   CBM_SH_AP@magna.com   Tax ID:

| **S U P P L I E R** | **S H I P   T O** |
|---|---|
| ANCHOR MANUFACTURING GROUP INC    10505<br>12200 BROOKPARK RD.<br>CLEVELAND,OH,USA<br>44130<br>TEL: 2163621850 | COSMA BODY ASSEMBLY MICHIGAN      CBAMPLANT<br>54725 GRAND RIVER AVE.<br>NEW HUDSON, MI, USA<br><br>48165 |

| PAYMENT TERMS | SHIPPING TERMS | SHIP VIA | | | |
|---|---|---|---|---|---|
| 2nd DAY 2nd MONTH | ORIGIN | TRUCK | | | |

| DATE ORDERED | DATE REQUIRED | TAXABLE | NON-TAXABLE | FREIGHT CHARGES | | |
|---|---|---|---|---|---|---|
| 12/30/19 | ** See Below ** | ☐ | ☒ | ☒ Prepaid | ☐ Collect | ☐ Invoice |

| ITEM | PART NUMBER | DESCRIPTION | QTY ORDERED | ORD U/M | UNIT PRICE | PRC U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | ANR24769/002 12-10029 | | | | | |
| | | ANR24769 | | | | | |
| | | VPT#: ANR24769_ | | | | | |
| | Req. Date: 1/01/20 | REQR    : DMA | | | | | |
| 23 | A1-1020A-0F | GL ACCT# : ____ 20120 | | | | | |
| | | BAR-F/END UPR TIE UPR | .00 | EA | 2.1296 | EA | .00 |
| | | 42761544.geo_fin001.001999 | | | | | |
| | | 42761544 | | | | | |
| | Req. Date: 5/18/20 | REQR    : BNE | | | | | |
| 24 | A1-1059A-0F | GL ACCT# : ____ 20120 | | | | | |
| | | PNL-PLENUM LWR | .00 | EA | 5.0391 | EA | .00 |
| | | 42758851.geo_fin001.001999 | | | | | |
| | | 42758851 | | | | | |
| | Req. Date: 5/18/20 | REQR    : BNE | | | | | |
| 27 | ZCBAMLID | GL ACCT# : ____ 20120 | | | | | |
| | | EMPTY - CBAM TOTE LID/TOP | .00 | EA | .0000 | EA | .00 |
| | Req. Date: 10/01/20 | REQR    : RME | | | | | |
| 28 | ZCBAMPALLET | GL ACCT# : ____ 20120 | | | | | |
| | | EMPTY - CBAM PALLET BLUE BTM | .00 | EA | .0000 | EA | .00 |
| | Req. Date: 10/01/20 | REQR    : RME | | | | | |
| 29 | ZCM2 | GL ACCT# : ____ 20120 | | | | | |
| | | EMPTY - CBAM CM2 BAR2 RACK | .00 | EA | .0000 | EA | .00 |
| | Req. Date: 10/01/20 | REQR    : RME | | | | | |
| 30 | ZCM3 | GL ACCT# : ____ 20120 | | | | | |
| | | EMPTY - CBAM CM3 BAR 3 RACK | .00 | EA | .0000 | EA | .00 |

**SUPPLIER MUST ACKNOWLEDGE PRICE AND DELIVERY**

IMPORTANT
Buyer's Purchase Order Terms and Conditions, which are available at www.magna.com, are incorporated by reference herein and form an integral part hereof. Upon request, Buyer will furnish Seller with a hard copy of Buyer's Purchase Order Terms and Conditions. SELLER'S ACCEPTANCE OF THIS PURCHASE ORDER IS LIMITED TO THE TERMS AND CONDITIONS SPECIFIED ABOVE AND INCORPORATED BY REFERENCE HEREIN, AND ADDITIONAL OR DIFFERENT TERMS OR CONDITIONS PROPOSED BY SELLER ARE HEREBY REJECTED, UNLESS OTHERWISE EXPRESSLY AGREED IN WRITING BY BUYER AND SIGNED BY BUYER'S AUTHORIZED REPRESENTATIVES.
Applicable products must be properly labelled and accompanied by a Material Safety Data Sheet. Contractors and suppliers must comply with Cosma Body Assembly Michigan rules and requirements and applicable legislation.

**CONTINUED NEXT PAGE ......**

# ⚙ MAGNA

# PURCHASE ORDER

| PURCHASE ORDER NO. |
|---|
| **101403** |
| This number MUST appear on all Packing Slips, Invoices, etc. |

COSMA BODY ASSEMBLY MICHIGAN
54725 GRAND RIVER AVE.
NEW HUDSON, MI 48165
DUNS 079856210
Phone:                          Fax:
Email:  CBM_SH_AP@magna.com  Tax ID:

**REVISION # 999**
**SPOT ORDER**
**BLANKET ORDER      X**

| **S U P P L I E R** | **S H I P   T O** |
|---|---|
| ANCHOR MANUFACTURING GROUP INC   10505<br>12200 BROOKPARK RD.<br>CLEVELAND,OH,USA<br>44130<br>TEL: 2163621850 | COSMA BODY ASSEMBLY MICHIGAN     CBAMPLANT<br>54725 GRAND RIVER AVE.<br>NEW HUDSON, MI, USA<br><br>48165 |

| PAYMENT TERMS | SHIPPING TERMS | SHIP VIA |
|---|---|---|
| 2nd DAY 2nd MONTH | ORIGIN | TRUCK |

| DATE ORDERED | DATE REQUIRED | TAXABLE | NON-TAXABLE | FREIGHT CHARGES |
|---|---|---|---|---|
| 12/30/19 | ** See Below ** | ☐ | ☒ | ☒ Prepaid   ☐ Collect   ☐ Invoice |

| ITEM | PART NUMBER | DESCRIPTION | QTY ORDERED | ORD U/M | UNIT PRICE | PRC U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| | Req. Date: 10/01/20 | REQR    : RME | | | | | |
| | | GL ACCT# :    20120 | | | | | |
| 31 | ZNXO1215-7 | EMPTY - NXO1215-7 RED TOTE | .00 | EA | .0000 | EA | .00 |
| | Req. Date: 10/01/20 | REQR    : RME | | | | | |
| | | GL ACCT# :    20120 | | | | | |
| 32 | ZSMF2-MO1 | EMPTY - SMF2-MO1 METAL BIN | .00 | EA | .0000 | EA | .00 |
| | Req. Date: 10/01/20 | REQR    : RME | | | | | |
| | | GL ACCT# :    20120 | | | | | |
| 33 | ZSMF4-MO2 | EMPTY - SMF4-MO2 METAL BIN | .00 | EA | .0000 | EA | .00 |
| | Req. Date: 10/01/20 | REQR    : RME | | | | | |
| | | GL ACCT# :    20120 | | | | | |
| 34 | ZT1SMF2-MO1 | EMPTY - T1 - SMF2 - METAL BIN<br>T1XX PROGRAM | .00 | EA | .0000 | EA | .00 |
| | Req. Date: 10/01/20 | REQR    : RME | | | | | |
| | | GL ACCT# :    20120 | | | | | |
| 35 | ZT1SMF4-MO2 | EMPTY - T1 - SMF4 - METAL BIN<br>T1XX PROGRAM | .00 | EA | .0000 | EA | .00 |
| | Req. Date: 10/01/20 | REQR    : RME | | | | | |
| | | GL ACCT# :    20120 | | | | | |
| 36 | Z22468-MO3 | EMPTY - 22468-MO3 METAL BIN | .00 | EA | .0000 | EA | .00 |
| | Req. Date: 10/01/20 | REQR    : RME | | | | | |
| | | GL ACCT# :    20120 | | | | | |

PRICING: UNIT PIECE PRICE PER SCHEDULING AGREEMENT
QUANTITY:  100% AT OUR DEMAND, DEFINED BY DELIVERY SCHEDULE ISSUED
BY OUR MATERIALS DEPARTMENT.  IF DELIVERIES SHOULD BE LATE, CONTACT

**SUPPLIER MUST ACKNOWLEDGE PRICE AND DELIVERY**

IMPORTANT
Buyer's Purchase Order Terms and Conditions, which are available at www.magna.com, are incorporated by reference herein and form
an integral part hereof. Upon request, Buyer will furnish Seller with a hard copy of Buyer's Purchase Order Terms and Conditions.
SELLER'S ACCEPTANCE OF THIS PURCHASE ORDER IS LIMITED TO THE TERMS AND CONDITIONS SPECIFIED ABOVE
AND INCORPORATED BY REFERENCE HEREIN, AND ADDITIONAL OR DIFFERENT TERMS OR CONDITIONS
PROPOSED BY SELLER ARE HEREBY REJECTED, UNLESS OTHERWISE EXPRESSLY AGREED IN WRITING BY BUYER
AND SIGNED BY BUYER'S AUTHORIZED REPRESENTATIVES.
Applicable products must be properly labelled and accompanied by a Material Safety Data Sheet. Contractors and suppliers must comply
with Cosma Body Assembly Michigan rules and requirements and applicable legislation.

**CONTINUED NEXT PAGE ......**

**MAGNA**

# PURCHASE ORDER

| PURCHASE ORDER NO. |
|---|
| **101403** |
| This number MUST appear on all Packing Slips, Invoices, etc. |

COSMA BODY ASSEMBLY MICHIGAN
54725 GRAND RIVER AVE.
NEW HUDSON, MI 48165
DUNS 079856210

**REVISION # 999**
**SPOT ORDER**
**BLANKET ORDER      X**

Phone:                    Fax:
Email:  CBM_SH_AP@magna.com  Tax ID:

| **SUPPLIER** | **SHIP TO** |
|---|---|
| ANCHOR MANUFACTURING GROUP INC   10505<br>12200 BROOKPARK RD.<br>CLEVELAND,OH,USA<br>44130<br>TEL: 2163621850 | COSMA BODY ASSEMBLY MICHIGAN     CBAMPLANT<br>54725 GRAND RIVER AVE.<br>NEW HUDSON, MI, USA<br><br>48165 |

| PAYMENT TERMS | SHIPPING TERMS | SHIP VIA |
|---|---|---|
| 2nd DAY 2nd MONTH | ORIGIN | TRUCK |

| DATE ORDERED | DATE REQUIRED | TAXABLE | NON-TAXABLE | FREIGHT CHARGES |
|---|---|---|---|---|
| 12/30/19 | ** See Below ** | ☐ | ☒ | ☒ Prepaid   ☐ Collect   ☐ Invoice |

| ITEM | PART NUMBER | DESCRIPTION | QTY ORDERED | ORD U/M | UNIT PRICE | PRC U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| | THE MATERIALS DEPARTMENT IMMEDIATELY.  ALL PREMIUM FREIGHT DUE TO<br>LATE DELIVERIES ARE THE RESPONSIBILITY OF THE SUPPLIER.<br>SHIPPING:  FOB SUPPLIER<br>QUALITY:  SUPPLIER MUST ACHIEVE AND MAINTAIN COMPLIANCE WITH ALL OF<br>THE REQUIREMENTS OF THE MAGNA SUPPLIER QUALITY ASSURANCE<br>REQUIREMENTS MANUAL.  IN ADDITION TO THE FOREGOING STATEMENT,<br>THIS PURCHASE ORDER SHALL BE GOVERNED BY THE BUYER'S PURCHASE ORDER<br>TERMS AND CONDITIONS WHICH ARE AVAILABLE ON WWW.MAGNA.COM.<br>ALL MATERIAL MUST BE DELIVERED THROUGH THE RETURNABLE CONTAINER<br>PROGRAM ESTABLISHED THROUGH CBAM'S MATERIALS DEPARTMENT, WHERE APPLICABLE. | | | | | |

**SUPPLIER MUST ACKNOWLEDGE PRICE AND DELIVERY**

**IMPORTANT**
Buyer's Purchase Order Terms and Conditions, which are available at www.magna.com, are incorporated by reference herein and form an integral part hereof. Upon request, Buyer will furnish Seller with a hard copy of Buyer's Purchase Order Terms and Conditions. SELLER'S ACCEPTANCE OF THIS PURCHASE ORDER IS LIMITED TO THE TERMS AND CONDITIONS SPECIFIED ABOVE AND INCORPORATED BY REFERENCE HEREIN, AND ADDITIONAL OR DIFFERENT TERMS OR CONDITIONS PROPOSED BY SELLER ARE HEREBY REJECTED, UNLESS OTHERWISE EXPRESSLY AGREED IN WRITING BY BUYER AND SIGNED BY BUYER'S AUTHORIZED REPRESENTATIVES.
Applicable products must be properly labelled and accompanied by a Material Safety Data Sheet. Contractors and suppliers must comply with Cosma Body Assembly Michigan rules and requirements and applicable legislation.

SUB-TOTAL: _____.00

TAX: _____.00

TOTAL: _____.00
CURRENCY
US DOLLARS

**PAGE:      8**