# Exhibit D



## anchor
### manufacturing group, inc.

Date: October 28, 2022

From: Tony Parente
President
Anchor Manufacturing Group
12200 Brookpark Rd.
Cleveland, Ohio 44130

To: Tom Tanasoff
Purchasing & Supply Chain Manager
Magna Cosma Body Assembly
54725 Grand River Ave.
New Hudson, MI 48165

Re: Price increase and stop shipment

As discussed on our conference calls, Anchor Manufacturing Group (Anchor) can no longer support production to Magna Cosma Body Assembly Michigan (CBAM) with product according to our current contract and purchase orders for the many reasons we have discussed over the past several weeks. CBAM has told Anchor that CBAM and OEM customer production lines will be impacted, If Magna CBAM does not grant the price increases listed in the attached with an effective date of October 1, 2022, Anchor cannot continue to ship and will cease all shipments.

Sincerely,

*Tony Parente*

Tony Parente
President
Anchor Manufacturing Group