# Exhibit E

| | |
|---|---|
| **From:** | Nekola, Ben <Ben.Nekola@magna.com> |
| **Sent:** | Monday, December 19, 2022 9:08 AM |
| **To:** | Tanasoff, Thomas |
| **Subject:** | FW: Pricing Update - Phone Conference Summary: Anchor-Magna CBAM |
| **Attachments:** | Blanket PO 101403 Anchor REV2 Q4 2022.PDF; RETRO RECEIPT DATA.xlsx |

Best Regards,

**Ben Nekola**
Senior Buyer
Cosma

COSMA BODY ASSEMBLY MICHIGAN
54725 Grand River Ave., New Hudson, MI 48165 USA
OFFICE  +1 248 617 3220
CELL   +1 517 376 0178
ben.nekola@magna.com
magna.com



**From:** Nekola, Ben
**Sent:** Thursday, November 10, 2022 12:03 PM
**To:** dan.piwowar@anchor-mfg.com; Tony Parente <tony.parente@anchor-mfg.com>
**Cc:** Caloura, Claudio <claudio.caloura@magna.com>; Tanasoff, Thomas <Thomas.Tanasoff@magna.com>; McLane, Robert <Robert.McLane@magna.com>
**Subject:** Pricing Update - Phone Conference Summary: Anchor-Magna CBAM

Dan & Tony,

Please find updated PO attached. All pricing effective 11/10/22.

Retro payments (10/1/22-11/9/22) on Dies moving out will be made once the Dies have been exited (supporting data attached in tab "Phase 1 Exit"):

1

| Starting Date | Ending Date | Part Number | Payment Owed to Anchor Post Die Exit |
|---|---|---|---|
| 10/1/2022 | 11/9/2022 | A1-1004A | $ 27,975.12 |
| 10/1/2022 | 11/9/2022 | A1-1044A | $ 28,016.00 |
| 10/1/2022 | 11/9/2022 | B1-1210A | $ 34,371.79 |
| 10/1/2022 | 11/9/2022 | B1-1235A | $ 26,539.63 |
| 10/1/2022 | 11/9/2022 | B1-1265A | $ 29,701.34 |
| 10/1/2022 | 11/9/2022 | B1-1281A | $ 24,253.01 |
| 10/1/2022 | 11/9/2022 | B1-1282A | $ 24,872.09 |
| 10/1/2022 | 11/9/2022 | D1-1412A | $ 71,078.94 |
| 10/1/2022 | 11/9/2022 | D1-1417A | $ 20,607.41 |
| 10/1/2022 | 11/9/2022 | D1-1418A | $ 20,607.17 |
| 10/1/2022 | 11/9/2022 | D1-1517A | $ 8,917.41 |
| 10/1/2022 | 11/9/2022 | D1-1518A | $ 8,514.55 |

Also in attached file (tab "Historical Receipts") is a tracking sheet for retro payment that will be scheduled on all other parts (**$274,888.55**) for 10/1/22-11/9/22.


Best Regards,

**Ben Nekola**
Senior Buyer
Cosma

COSMA BODY ASSEMBLY MICHIGAN
54725 Grand River Ave., New Hudson, MI 48165 USA
OFFICE  +1 248 617 3220
CELL   +1 517 376 0178
ben.nekola@magna.com
magna.com



---

**From:** Caloura, Claudio <claudio.caloura@magna.com>
**Sent:** Thursday, November 10, 2022 10:00 AM
**To:** Dan Piwowar <dan.piwowar@anchor-mfg.com>; Nekola, Ben <Ben.Nekola@magna.com>
**Cc:** Tanasoff, Thomas <Thomas.Tanasoff@magna.com>
**Subject:** RE: Phone Conference Summary: Anchor-Magna CBAM

@Nekola, Ben

Best Regards

**Claudio Caloura**
Program / Supplier Development Manager
Cosma

**COSMA BODY ASSEMBLY MICHIGAN**
54725 Grand River Ave., New Hudson, MI 48165 USA
OFFICE +1 248 617 3222
CELL +1 248 825 9256
claudio.caloura@magna.com

**From:** Dan Piwowar <dan.piwowar@anchor-mfg.com>
**Sent:** Wednesday, November 9, 2022 9:53 AM
**To:** Caloura, Claudio <claudio.caloura@magna.com>
**Cc:** Tanasoff, Thomas <Thomas.Tanasoff@magna.com>
**Subject:** Re: Phone Conference Summary: Anchor-Magna CBAM

Thomas,
Can you send PO for the October pricing increase based on Revised schedule pricing below.

Thanks, Dan

| Part Number | Revised Sell Price Oct 1, 2022 |
|---|---|
| A1-1004A + A1-1044A | $ 5.2680 |
| A1-1020A | $ 4.1545 |
| A1-1029A | $ 3.8376 |
| A1-1059A | $ 7.5868 |
| A1-1061A | $ 6.4441 |
| B1-1185A+B1-1190A | $ 0.8779 |
| B1-1210A + B1-1265A | $ 2.2914 |
| B1-1213A +B1-1253A | $ 3.3188 |
| B1-1235A +B1-1281A | $ 1.6631 |
| B1-1282A | $ 1.5593 |
| D1-1411A | $ 6.4910 |
| D1-1412A | $ 1.3787 |
| D1-1417A + D1-1418A | $ 0.8467 |
| D1-1510A | $ 7.0077 |
| D1-1517A + D1-1518A | $ 0.7831 |

3

On Mon, Nov 7, 2022 at 5:07 PM Caloura, Claudio <claudio.caloura@magna.com> wrote:

Dan

Adding Tom Tanasoff to this email.

**From:** Dan Piwowar <dan.piwowar@anchor-mfg.com>
**Sent:** Monday, November 7, 2022 2:25:36 PM
**To:** Caloura, Claudio <claudio.caloura@magna.com>
**Subject:** Re: Phone Conference Summary: Anchor-Magna CBAM

Claudio,
Based on email below, when can we get the PO for price increase?
We are working to wrap up October month end by Wednesday.

Thanks,
Dan

---------- Forwarded message ---------
From: **Tanasoff, Thomas** <Thomas.Tanasoff@magna.com>
Date: Thu, Nov 3, 2022 at 3:56 PM
Subject: RE: Phone Conference Summary: Anchor-Magna CBAM
To: Fred Pfaff <fred.pfaff@anchor-mfg.com>, Tony Parente <tony.parente@anchor-mfg.com>
Cc: Caloura, Claudio <claudio.caloura@magna.com>, McLane, Robert <Robert.McLane@magna.com>

We received the revised letter regarding your stop shipment notice if we do not provide an increase – the verbiage should meet our needs.

As for the letter regarding lump sum payment at time of tool transfer, I did review the proposal with our accounting team and we will need to walk through the process.  Since Anchor will still continue to ship the bank according to releases, we will need to update the P.O. with the revised price on the date of transfer so that the quantities shipped after the tool transfer will be paid at the increased price.  Please include this and provide this letter for our review.

**Thomas Tanasoff**

Purchasing and Supply Chain Manager

Cosma

Cosma Body Assembly Michigan

54725 Grand River Avenue

New Hudson, MI 48165

PHONE +1 248 617 3270

thomas.tanasoff@magna.com

magna.com

On Mon, Nov 7, 2022 at 12:57 PM Tony Parente <tony.parente@anchor-mfg.com> wrote:

---------- Forwarded message ---------
From: **Tanasoff, Thomas** <Thomas.Tanasoff@magna.com>
Date: Thu, Nov 3, 2022 at 3:56 PM
Subject: RE: Phone Conference Summary: Anchor-Magna CBAM
To: Fred Pfaff <fred.pfaff@anchor-mfg.com>, Tony Parente <tony.parente@anchor-mfg.com>
Cc: Caloura, Claudio <claudio.caloura@magna.com>, McLane, Robert <Robert.McLane@magna.com>

We received the revised letter regarding your stop shipment notice if we do not provide an increase – the verbiage should meet our needs.

As for the letter regarding lump sum payment at time of tool transfer, I did review the proposal with our accounting team and we will need to walk through the process.  Since Anchor will still continue to ship the bank according to releases, we will need to update the P.O. with the revised price on the date of transfer so that the quantities shipped after the tool transfer will be paid at the increased price.  Please include this and provide this letter for our review.

**Thomas Tanasoff**

Purchasing and Supply Chain Manager

Cosma

Cosma Body Assembly Michigan

5

54725 Grand River Avenue

New Hudson, MI 48165

PHONE +1 248 617 3270

thomas.tanasoff@magna.com

magna.com

---

**From:** Fred Pfaff <fred.pfaff@anchor-mfg.com>
**Sent:** Wednesday, November 2, 2022 9:05 AM
**To:** Tanasoff, Thomas <Thomas.Tanasoff@magna.com>
**Cc:** Caloura, Claudio <claudio.caloura@magna.com>; McLane, Robert <Robert.McLane@magna.com>; Tony Parente <tony.parente@anchor-mfg.com>
**Subject:** Phone Conference Summary: Anchor-Magna CBAM

WARNING: This e-mail originated from outside of Magna. Be cautious with links and attachments.

Dear Tom:
Thank you for your time this morning.  To summarize our conversation:

1)  Anchor will send a revised letter that has less detail to Magna CBAM

2)  Anchor will send a simple agreement on the lump sum payment for the parts scheduled to move that allows for a wire payment at time of parts bank and die removal.  Magna CBAM will review and execute this agreement.

3)  Anchor will provide a timeline for the bank build on parts that are moving that will not exceed January 15, 2023.  NOTE: Anchor plans to complete these banks much sooner and will use weekends and holidays to do so to the extent possible.

4)  Magna CBAM will revise the Purchase Orders for the parts that are staying indefinitely to show the price increase effective October 1, 2022.  These prices can only be changed by mutual agreement of both parties.  Magna CBAM is permitted to resource these parts at their sole discretion if they feel it is appropriate.

5)  Anchor will officially sign the draft letter once (2) and (4) are executed by Magan CBAM.


Thank you again for your efforts on reaching a resolution.

Best regards,
Fred

Frederick A. Pfaff

Chief Executive Officer

Anchor Manufacturing Group, Inc.

12200 Brookpark Road

Cleveland, Ohio 44130

Work: 216-362-1850 x304

E-mail: fred.pfaff@anchor-mfg.com

**Confidentiality Notice:** This email transmission and its attachments, if any, are confidential and intended only for the use of particular persons and entities. If you are not the named addressee (or its agent) or this email has been addressed to you in error, please immediately notify the sender by reply email and permanently delete the email and its attachments.

--
Best Regards,
Tony Parente
President & COO
Anchor Manufacturing Group
12200 Brookpark Road 44130



--
Daniel A. Piwowar
Chief Financial Officer
Anchor Manufacturing Group, Inc.
12200 Brookpark Road
Cleveland, OH 44130
Work Direct: 216-898-6311
Work Main: 216-362-1850 x311
Mobile: 330-321-6212

Email: dan.piwowar@anchor-mfg.com

**Confidentiality Notice:** This email transmission and its attachments, if any, are confidential and intended only for the use of particular persons and entities. If you are not the named addressee (or its agent) or this email has been addressed to you in error, please immediately notify the sender by reply email and permanently delete the email and its attachments.

--
Daniel A. Piwowar
Chief Financial Officer
Anchor Manufacturing Group, Inc.
12200 Brookpark Road
Cleveland, OH 44130
Work Direct: 216-898-6311
Work Main: 216-362-1850 x311
Mobile: 330-321-6212
Email: dan.piwowar@anchor-mfg.com

**Confidentiality Notice:** This email transmission and its attachments, if any, are confidential and intended only for the use of particular persons and entities. If you are not the named addressee (or its agent) or this email has been addressed to you in error, please immediately notify the sender by reply email and permanently delete the email and its attachments.