# Exhibit F

# PURCHASE ORDER

**MAGNA**

COSMA BODY ASSEMBLY MICHIGAN
54725 GRAND RIVER AVE.
NEW HUDSON, MI 48165
DUNS 079856210

REVISION # 999
SPOT ORDER
BLANKET ORDER     X

| PURCHASE ORDER NO. |
|---|
| **101403** |
| This number MUST appear on all Packing Slips, Invoices, etc. |

Phone:          Fax:
Email:  CBM_SH_AP@magna.com   Tax ID:

### SUPPLIER

ANCHOR MANUFACTURING GROUP INC    10505
12200 BROOKPARK RD.
CLEVELAND,OH,USA
44130
TEL: 2163621850

### SHIP TO

COSMA BODY ASSEMBLY MICHIGAN    CBAMPLANT
54725 GRAND RIVER AVE.
NEW HUDSON, MI, USA
48165

| PAYMENT TERMS | SHIPPING TERMS | SHIP VIA |
|---|---|---|
| 2nd DAY 2nd MONTH | ORIGIN | TRUCK |

| DATE ORDERED | DATE REQUIRED | TAXABLE | NON-TAXABLE | FREIGHT CHARGES |
|---|---|---|---|---|
| 12/30/19 | ** See Below ** | ☐ | ☒ | ☒ Prepaid  ☐ Collect  ☐ Invoice |

| ITEM | PART NUMBER | DESCRIPTION | QTY ORDERED | ORD U/M | UNIT PRICE | PRC U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | A1-1004A-0C | PANEL-FRT W/H FRT RH<br>GM 42488276.geo_fin001.001999<br>Was GM 94522946<br>VPT#: 42488276 | .00 | EA | 5.2680 | EA | .00 |
|  | Req. Date: 1/01/20 | REQR       : DMA<br>GL ACCT#   :      20120 | | | | | |
| 2 | A1-1020A-0E | BAR-F/END UPR TIE UPR<br>42713379.geo_fin001.001999<br>42713379<br>VPT#: 42713379 | .00 | EA | 2.7045 | EA | .00 |
|  | Req. Date: 1/01/20 | REQR       : DMA<br>GL ACCT#   :      20120 | | | | | |
| 3 | A1-1029A-0B | BAR-F/END UPR TIE LWR<br>GM 94522932<br>94522932<br>VPT#: 94522932 | .00 | EA | 3.8376 | EA | .00 |
|  | Req. Date: 1/01/20 | REQR       : DMA<br>GL ACCT#   :      20120 | | | | | |
| 4 | A1-1044A-0C | PANEL-FRT W/H FRT LH<br>GM 42488272.geo_fin001.001999<br>Was GM 94522935<br>VPT#: 42488272 | .00 | EA | 5.2680 | EA | .00 |
|  | Req. Date: 1/01/20 | REQR       : DMA<br>GL ACCT#   :      20120 | | | | | |
| 5 | A1-1059A-0E | PNL-PLENUM LWR | .00 | EA | 5.0391 | EA | .00 |

**SUPPLIER MUST ACKNOWLEDGE PRICE AND DELIVERY**

**IMPORTANT**
Buyer's Purchase Order Terms and Conditions, which are available at www.magna.com, are incorporated by reference herein and form an integral part hereof. Upon request, Buyer will furnish Seller with a hard copy of Buyer's Purchase Order Terms and Conditions. SELLER'S ACCEPTANCE OF THIS PURCHASE ORDER IS LIMITED TO THE TERMS AND CONDITIONS SPECIFIED ABOVE AND INCORPORATED BY REFERENCE HEREIN, AND ADDITIONAL OR DIFFERENT TERMS OR CONDITIONS PROPOSED BY SELLER ARE HEREBY REJECTED, UNLESS OTHERWISE EXPRESSLY AGREED IN WRITING BY BUYER AND SIGNED BY BUYER'S AUTHORIZED REPRESENTATIVES.
Applicable products must be properly labelled and accompanied by a Material Safety Data Sheet. Contractors and suppliers must comply with Cosma Body Assembly Michigan rules and requirements and applicable legislation.

CONTINUED NEXT PAGE ......

PAGE:    1

# MAGNA

# PURCHASE ORDER

COSMA BODY ASSEMBLY MICHIGAN
54725 GRAND RIVER AVE.
NEW HUDSON, MI 48165
DUNS 079856210

REVISION # 999
SPOT ORDER
BLANKET ORDER     X

PURCHASE ORDER NO.

**101403**

This number MUST appear on all Packing Slips, Invoices, etc.

Phone:              Fax:
Email:  CBM_SH_AP@magna.com   Tax ID:

| SUPPLIER | SHIP TO |
|---|---|
| ANCHOR MANUFACTURING GROUP INC   10505<br>12200 BROOKPARK RD.<br>CLEVELAND,OH,USA<br>44130<br>TEL: 2163621850 | COSMA BODY ASSEMBLY MICHIGAN   CBAMPLANT<br>54725 GRAND RIVER AVE.<br>NEW HUDSON, MI, USA<br>48165 |

| PAYMENT TERMS | SHIPPING TERMS | SHIP VIA |
|---|---|---|
| 2nd DAY 2nd MONTH | ORIGIN | TRUCK |

| DATE ORDERED | DATE REQUIRED | TAXABLE | NON-TAXABLE | FREIGHT CHARGES |
|---|---|---|---|---|
| 12/30/19 | ** See Below ** |  | X | [X] Prepaid  [ ] Collect  [ ] Invoice |

| ITEM | PART NUMBER | DESCRIPTION | QTY ORDERED | ORD U/M | UNIT PRICE | PRC U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| 6 | A1-1061A-0A | 42623108.geo_fin001.001999<br>42623108<br>VPT#: 42623108<br>**Req. Date: 1/01/20**<br>REQR       : DMA<br>GL ACCT#   :     20120<br>  PNL-DA UPR EXTN<br>GM 94523197 | .00 | EA | 6.4441 | EA | .00 |
| 7 | B1-1185A-0D | 94523197<br>VPT#: 94523197<br>**Req. Date: 1/01/20**<br>REQR       : DMA<br>GL ACCT#   :     20120<br>  OUTRIGGER-U/B S/RL #3 LH<br>GM 84227982<br>84227982.geo_fin001.001999<br>VPT#: 84227982 | .00 | EA | .8779 | EA | .00 |
| 8 | B1-1190A-0D | **Req. Date: 1/01/20**<br>REQR       : DMA<br>GL ACCT#   :     20120<br>  OUTRIGGER-U/B S/RL #3 RH<br>GM 84227981<br>84227981.geo_fin001.001999<br>VPT#: 84227981 | .00 | EA | .8779 | EA | .00 |
| 9 | B1-1210A-0C | **Req. Date: 1/01/20**<br>REQR       : DMA<br>GL ACCT#   :     20120<br>  BRKT RAIL DASH LH<br>GM 84449359 | .00 | EA | 2.2914 | EA | .00 |

SUPPLIER MUST ACKNOWLEDGE PRICE AND DELIVERY

IMPORTANT
Buyer's Purchase Order Terms and Conditions, which are available at www.magna.com, are incorporated by reference herein and form an integral part hereof. Upon request, Buyer will furnish Seller with a hard copy of Buyer's Purchase Order Terms and Conditions. SELLER'S ACCEPTANCE OF THIS PURCHASE ORDER IS LIMITED TO THE TERMS AND CONDITIONS SPECIFIED ABOVE AND INCORPORATED BY REFERENCE HEREIN, AND ADDITIONAL OR DIFFERENT TERMS OR CONDITIONS PROPOSED BY SELLER ARE HEREBY REJECTED, UNLESS OTHERWISE EXPRESSLY AGREED IN WRITING BY BUYER AND SIGNED BY BUYER'S AUTHORIZED REPRESENTATIVES.
Applicable products must be properly labelled and accompanied by a Material Safety Data Sheet. Contractors and suppliers must comply with Cosma Body Assembly Michigan rules and requirements and applicable legislation.

**CONTINUED NEXT PAGE ......**

**PAGE:    2**

# PURCHASE ORDER

**MAGNA**

COSMA BODY ASSEMBLY MICHIGAN
54725 GRAND RIVER AVE.
NEW HUDSON, MI 48165
DUNS 079856210

REVISION # 999
SPOT ORDER
BLANKET ORDER     X

| PURCHASE ORDER NO. |
|---|
| **101403** |
| This number MUST appear on all Packing Slips, Invoices, etc. |

Phone:                     Fax:
Email:   CBM_SH_AP@magna.com   Tax ID:

| S U P P L I E R | S H I P   T O |
|---|---|
| ANCHOR MANUFACTURING GROUP INC   10505<br>12200 BROOKPARK RD.<br>CLEVELAND,OH,USA<br>44130<br>TEL: 2163621850 | COSMA BODY ASSEMBLY MICHIGAN   CBAMPLANT<br>54725 GRAND RIVER AVE.<br>NEW HUDSON, MI, USA<br>48165 |

| PAYMENT TERMS | SHIPPING TERMS | SHIP VIA |
|---|---|---|
| 2nd DAY 2nd MONTH | ORIGIN | TRUCK |

| DATE ORDERED | DATE REQUIRED | TAXABLE | NON-TAXABLE | FREIGHT CHARGES |
|---|---|---|---|---|
| 12/30/19 | ** See Below ** | ☐ | ☒ | ☒ Prepaid  ☐ Collect  ☐ Invoice |

| ITEM | PART NUMBER | DESCRIPTION | QTY ORDERED | ORD U/M | UNIT PRICE | PRC U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| | Req. Date: 1/01/20 | 84448359.geo_fin001.002999<br>VPT#: 84449359<br>REQR      : DMA<br>GL ACCT#  :      20120 | | | | | |
| 10 | B1-1213A-0D | EXT-F/CMPT OTR S/RL UPR LH | .00 | EA | 3.3188 | EA | .00 |
| | | GM 84296877<br>84296877.geo_fin001.001999<br>VPT#: 84296877 | | | | | |
| | Req. Date: 1/01/20 | REQR      : DMA<br>GL ACCT#  :      20120 | | | | | |
| 11 | B1-1235A-0B | BULK HEAD RAIL FRT COMPT (LH) | .00 | EA | 1.6631 | EA | .00 |
| | | GM 23464466<br>23464466.geo_fin001.002999<br>VPT#: 23464466 | | | | | |
| | Req. Date: 1/01/20 | REQR      : DMA<br>GL ACCT#  :      20120 | | | | | |
| 12 | B1-1253A-0D | EXT-F/CMPT OTR S/RL UPR RH | .00 | EA | 3.3188 | EA | .00 |
| | | GM 84296878<br>84296878.geo_fin001.001999<br>VPT#: 84296878 | | | | | |
| | Req. Date: 1/01/20 | REQR      : DMA<br>GL ACCT#  :      20120 | | | | | |
| 13 | B1-1265A-0E | BRKT RAIL DASH RH | .00 | EA | 2.2914 | EA | .00 |
| | | GM 84449357<br>84449357.geo_fin001.001999 | | | | | |

**SUPPLIER MUST ACKNOWLEDGE PRICE AND DELIVERY**

**IMPORTANT**
Buyer's Purchase Order Terms and Conditions, which are available at www.magna.com, are incorporated by reference herein and form an integral part hereof. Upon request, Buyer will furnish Seller with a hard copy of Buyer's Purchase Order Terms and Conditions. SELLER'S ACCEPTANCE OF THIS PURCHASE ORDER IS LIMITED TO THE TERMS AND CONDITIONS SPECIFIED ABOVE AND INCORPORATED BY REFERENCE HEREIN, AND ADDITIONAL OR DIFFERENT TERMS OR CONDITIONS PROPOSED BY SELLER ARE HEREBY REJECTED, UNLESS OTHERWISE EXPRESSLY AGREED IN WRITING BY BUYER AND SIGNED BY BUYER'S AUTHORIZED REPRESENTATIVES.
Applicable products must be properly labelled and accompanied by a Material Safety Data Sheet. Contractors and suppliers must comply with Cosma Body Assembly Michigan rules and requirements and applicable legislation.

**CONTINUED NEXT PAGE ......**

# PURCHASE ORDER

**MAGNA**

COSMA BODY ASSEMBLY MICHIGAN
54725 GRAND RIVER AVE.
NEW HUDSON, MI 48165
DUNS 079856210

REVISION # 999
SPOT ORDER
BLANKET ORDER      X

PURCHASE ORDER NO.
**101403**
This number MUST appear on all Packing Slips, Invoices, etc.

Phone:                         Fax:
Email:   CBM_SH_AP@magna.com   Tax ID:

### SUPPLIER
ANCHOR MANUFACTURING GROUP INC    10505
12200 BROOKPARK RD.
CLEVELAND,OH,USA
44130
TEL: 2163621850

### SHIP TO
COSMA BODY ASSEMBLY MICHIGAN   CBAMPLANT
54725 GRAND RIVER AVE.
NEW HUDSON, MI, USA
48165

| PAYMENT TERMS | SHIPPING TERMS | SHIP VIA |
|---|---|---|
| 2nd DAY 2nd MONTH | ORIGIN | TRUCK |

| DATE ORDERED | DATE REQUIRED | TAXABLE | NON-TAXABLE | FREIGHT CHARGES |
|---|---|---|---|---|
| 12/30/19 | ** See Below ** |   | X | X Prepaid  ☐ Collect  ☐ Invoice |

| ITEM | PART NUMBER | DESCRIPTION | QTY ORDERED | ORD U/M | UNIT PRICE | PRC U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
|  |  | VPT#: 84449357 |  |  |  |  |  |
|  | Req. Date: 1/01/20 | REQR       : DMA |  |  |  |  |  |
|  |  | GL ACCT#   :      20120 |  |  |  |  |  |
| 14 | B1-1281A-0B | BULK HEAD RAIL FRT COMPT (RH) | .00 | EA | 1.6631 | EA | .00 |
|  |  | GM 23464515 |  |  |  |  |  |
|  |  | 23464515.geo_fin001.002999 |  |  |  |  |  |
|  |  | VPT#: 23464515 |  |  |  |  |  |
|  | Req. Date: 1/01/20 | REQR       : DMA |  |  |  |  |  |
|  |  | GL ACCT#   :      20120 |  |  |  |  |  |
| 15 | B1-1282A-0C | DLMFS BRKT-PT MNT FT (RH) | .00 | EA | 1.5593 | EA | .00 |
|  |  | GM 84420842 |  |  |  |  |  |
|  |  | 84420842.geo_fin001.001999 |  |  |  |  |  |
|  |  | VPT#: 84420842 |  |  |  |  |  |
|  | Req. Date: 1/01/20 | REQR       : DMA |  |  |  |  |  |
|  |  | GL ACCT#   :      20120 |  |  |  |  |  |
| 16 | D1-1411A-0B | BAR-FLR PNL #2 CR | .00 | EA | 6.4910 | EA | .00 |
|  |  | GM ANR30506.GEO_FIN001.002999 |  |  |  |  |  |
|  |  | ANR30506 |  |  |  |  |  |
|  | Req. Date: 1/01/20 | REQR       : DMA |  |  |  |  |  |
|  |  | GL ACCT#   :      20120 |  |  |  |  |  |
| 17 | D1-1412A-0B | EXTENSION-FLR PNL #2 C/BAR | .00 | EA | 1.3787 | EA | .00 |
|  |  | GM ANR67103.GEO_FIN001.002999 |  |  |  |  |  |
|  |  | ANR67103 |  |  |  |  |  |
|  |  | VPT#: ANR67103 |  |  |  |  |  |
|  | Req. Date: 1/01/20 | REQR       : DMA |  |  |  |  |  |

**SUPPLIER MUST ACKNOWLEDGE PRICE AND DELIVERY**

IMPORTANT
Buyer's Purchase Order Terms and Conditions, which are available at www.magna.com, are incorporated by reference herein and form an integral part hereof. Upon request, Buyer will furnish Seller with a hard copy of Buyer's Purchase Order Terms and Conditions. SELLER'S ACCEPTANCE OF THIS PURCHASE ORDER IS LIMITED TO THE TERMS AND CONDITIONS SPECIFIED ABOVE AND INCORPORATED BY REFERENCE HEREIN, AND ADDITIONAL OR DIFFERENT TERMS OR CONDITIONS PROPOSED BY SELLER ARE HEREBY REJECTED, UNLESS OTHERWISE EXPRESSLY AGREED IN WRITING BY BUYER AND SIGNED BY BUYER'S AUTHORIZED REPRESENTATIVES.
Applicable products must be properly labelled and accompanied by a Material Safety Data Sheet. Contractors and suppliers must comply with Cosma Body Assembly Michigan rules and requirements and applicable legislation.

CONTINUED NEXT PAGE ......

# PURCHASE ORDER

**MAGNA**

COSMA BODY ASSEMBLY MICHIGAN
54725 GRAND RIVER AVE.
NEW HUDSON, MI 48165
DUNS 079856210

REVISION # 999
SPOT ORDER
BLANKET ORDER     X

PURCHASE ORDER NO.
**101403**
This number MUST appear on all
Packing Slips, Invoices, etc.

Phone:            Fax:
Email:   CBM_SH_AP@magna.com   Tax ID:

## SUPPLIER
ANCHOR MANUFACTURING GROUP INC    10505
12200 BROOKPARK RD.
CLEVELAND,OH,USA
44130
TEL: 2163621850

## SHIP TO
COSMA BODY ASSEMBLY MICHIGAN     CBAMPLANT
54725 GRAND RIVER AVE.
NEW HUDSON, MI, USA
48165

| PAYMENT TERMS | SHIPPING TERMS | SHIP VIA |
|---|---|---|
| 2nd DAY 2nd MONTH | ORIGIN | TRUCK |

| DATE ORDERED | DATE REQUIRED | TAXABLE | NON-TAXABLE | FREIGHT CHARGES |
|---|---|---|---|---|
| 12/30/19 | ** See Below ** |  | X | [X] Prepaid  [ ] Collect  [ ] Invoice |

| ITEM | PART NUMBER | DESCRIPTION | QTY ORDERED | ORD U/M | UNIT PRICE | PRC U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| 18 | D1-1417A-0B | GL ACCT#  :     20120<br>  REINF-FLR PNL#3 C/BAR LH<br>ANR43225/002 12-10029<br>ANR43225<br>VPT#: ANR43225_ | .00 | EA | .8467 | EA | .00 |
|  | Req. Date: 1/01/20 | REQR       : DMA |  |  |  |  |  |
| 19 | D1-1418A-0B | GL ACCT#  :     20120<br>  REINF-FLR PNL#2 C/BAR RH<br>ANR43227/002 12-10029<br>ANR43227<br>VPT#: ANR43227_ | .00 | EA | .8467 | EA | .00 |
|  | Req. Date: 1/01/20 | REQR       : DMA |  |  |  |  |  |
| 20 | D1-1510A-0A | GL ACCT#  :     20120<br>  BAR-FLR PNL #3 CR<br>GM ANR30961.GEO_FIN001.001999<br>ANR30961 | .00 | EA | 7.0077 | EA | .00 |
|  | Req. Date: 1/01/20 | REQR       : DMA |  |  |  |  |  |
| 21 | D1-1517A-0B | GL ACCT#  :     20120<br>  REINF-FLR PNL#3 C/BAR LH<br>ANR14221/002 12-10029<br>ANR14221<br>VPT#: ANR14221_ | .00 | EA | .7831 | EA | .00 |
|  | Req. Date: 1/01/20 | REQR       : DMA |  |  |  |  |  |
| 22 | D1-1518A-0B | GL ACCT#  :     20120<br>  REINF-FLR PNL#3 C/BAR RH | .00 | EA | .7831 | EA | .00 |

**SUPPLIER MUST ACKNOWLEDGE PRICE AND DELIVERY**

**IMPORTANT**
Buyer's Purchase Order Terms and Conditions, which are available at www.magna.com, are incorporated by reference herein and form
an integral part hereof. Upon request, Buyer will furnish Seller with a hard copy of Buyer's Purchase Order Terms and Conditions.
SELLER'S ACCEPTANCE OF THIS PURCHASE ORDER IS LIMITED TO THE TERMS AND CONDITIONS SPECIFIED ABOVE
AND INCORPORATED BY REFERENCE HEREIN, AND ADDITIONAL OR DIFFERENT TERMS OR CONDITIONS
PROPOSED BY SELLER ARE HEREBY REJECTED, UNLESS OTHERWISE EXPRESSLY AGREED IN WRITING BY BUYER
AND SIGNED BY BUYER'S AUTHORIZED REPRESENTATIVES.
Applicable products must be properly labelled and accompanied by a Material Safety Data Sheet. Contractors and suppliers must comply
with Cosma Body Assembly Michigan rules and requirements and applicable legislation.

CONTINUED NEXT PAGE ......

# PURCHASE ORDER

**MAGNA**

| | |
|---|---|
| COSMA BODY ASSEMBLY MICHIGAN | REVISION # 999 |
| 54725 GRAND RIVER AVE. | SPOT ORDER |
| NEW HUDSON, MI 48165 | BLANKET ORDER   X |
| DUNS 079856210 | |

**PURCHASE ORDER NO.**

**101403**

*This number MUST appear on all Packing Slips, Invoices, etc.*

Phone:              Fax:
Email:   CBM_SH_AP@magna.com   Tax ID:

### SUPPLIER
ANCHOR MANUFACTURING GROUP INC    10505
12200 BROOKPARK RD.
CLEVELAND, OH, USA
44130
TEL: 2163621850

### SHIP TO
COSMA BODY ASSEMBLY MICHIGAN    CBAMPLANT
54725 GRAND RIVER AVE.
NEW HUDSON, MI, USA
48165

| PAYMENT TERMS | SHIPPING TERMS | SHIP VIA |
|---|---|---|
| 2nd DAY 2nd MONTH | ORIGIN | TRUCK |

| DATE ORDERED | DATE REQUIRED | TAXABLE | NON-TAXABLE | FREIGHT CHARGES |
|---|---|---|---|---|
| 12/30/19 | ** See Below ** | ☐ | ☒ | ☒ Prepaid  ☐ Collect  ☐ Invoice |

| ITEM | PART NUMBER | DESCRIPTION | QTY ORDERED | ORD U/M | UNIT PRICE | PRC U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | ANR24769/002 12-10029 | | | | | |
| | | ANR24769 | | | | | |
| | | VPT#: ANR24769_ | | | | | |
| | Req. Date: 1/01/20 | REQR       : DMA | | | | | |
| | | GL ACCT#  :     20120 | | | | | |
| 23 | A1-1020A-0F | BAR-F/END UPR TIE UPR | .00 | EA | 4.1545 | EA | .00 |
| | | 42761544.geo_fin001.001999 | | | | | |
| | | 42761544 | | | | | |
| | Req. Date: 5/18/20 | REQR       : BNE | | | | | |
| | | GL ACCT#  :     20120 | | | | | |
| 24 | A1-1059A-0F | PNL-PLENUM LWR | .00 | EA | 7.5868 | EA | .00 |
| | | 42758851.geo_fin001.001999 | | | | | |
| | | 42758851 | | | | | |
| | Req. Date: 5/18/20 | REQR       : BNE | | | | | |
| | | GL ACCT#  :     20120 | | | | | |
| 27 | ZCBAMLID | EMPTY - CBAM TOTE LID/TOP | .00 | EA | .0000 | EA | .00 |
| | Req. Date: 10/01/20 | REQR       : RME | | | | | |
| | | GL ACCT#  :     20120 | | | | | |
| 28 | ZCBAMPALLET | EMPTY - CBAM PALLET BLUE BTM | .00 | EA | .0000 | EA | .00 |
| | Req. Date: 10/01/20 | REQR       : RME | | | | | |
| | | GL ACCT#  :     20120 | | | | | |
| 29 | ZCM2 | EMPTY - CBAM CM2 BAR2 RACK | .00 | EA | .0000 | EA | .00 |
| | Req. Date: 10/01/20 | REQR       : RME | | | | | |
| | | GL ACCT#  :     20120 | | | | | |
| 30 | ZCM3 | EMPTY - CBAM CM3 BAR 3 RACK | .00 | EA | .0000 | EA | .00 |

**SUPPLIER MUST ACKNOWLEDGE PRICE AND DELIVERY**

**IMPORTANT**
Buyer's Purchase Order Terms and Conditions, which are available at www.magna.com, are incorporated by reference herein and form an integral part hereof. Upon request, Buyer will furnish Seller with a hard copy of Buyer's Purchase Order Terms and Conditions. SELLER'S ACCEPTANCE OF THIS PURCHASE ORDER IS LIMITED TO THE TERMS AND CONDITIONS SPECIFIED ABOVE AND INCORPORATED BY REFERENCE HEREIN, AND ADDITIONAL OR DIFFERENT TERMS OR CONDITIONS PROPOSED BY SELLER ARE HEREBY REJECTED, UNLESS OTHERWISE EXPRESSLY AGREED IN WRITING BY BUYER AND SIGNED BY BUYER'S AUTHORIZED REPRESENTATIVES.
Applicable products must be properly labelled and accompanied by a Material Safety Data Sheet. Contractors and suppliers must comply with Cosma Body Assembly Michigan rules and requirements and applicable legislation.

**CONTINUED NEXT PAGE ......**

# PURCHASE ORDER

**MAGNA**

COSMA BODY ASSEMBLY MICHIGAN
54725 GRAND RIVER AVE.
NEW HUDSON, MI 48165
DUNS 079856210

REVISION # 999
SPOT ORDER
BLANKET ORDER     X

PURCHASE ORDER NO.
**101403**
This number MUST appear on all Packing Slips, Invoices, etc.

Phone:           Fax:
Email:   CBM_SH_AP@magna.com   Tax ID:

| SUPPLIER | SHIP TO |
|---|---|
| ANCHOR MANUFACTURING GROUP INC    10505<br>12200 BROOKPARK RD.<br>CLEVELAND,OH,USA<br>44130<br>TEL: 2163621850 | COSMA BODY ASSEMBLY MICHIGAN    CBAMPLANT<br>54725 GRAND RIVER AVE.<br>NEW HUDSON, MI, USA<br><br>48165 |

| PAYMENT TERMS | SHIPPING TERMS | SHIP VIA |
|---|---|---|
| 2nd DAY 2nd MONTH | ORIGIN | TRUCK |

| DATE ORDERED | DATE REQUIRED | TAXABLE | NON-TAXABLE | FREIGHT CHARGES |
|---|---|---|---|---|
| 12/30/19 | ** See Below ** | ☐ | X | X Prepaid  ☐ Collect  ☐ Invoice |

| ITEM | PART NUMBER | DESCRIPTION | QTY ORDERED | ORD U/M | UNIT PRICE | PRC U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
|  | Req. Date: 10/01/20 | REQR       : RME<br>GL ACCT#   :     20120 |  |  |  |  |  |
| 31 | ZNX01215-7 | EMPTY - NX01215-7 RED TOTE | .00 | EA | .0000 | EA | .00 |
|  | Req. Date: 10/01/20 | REQR       : RME<br>GL ACCT#   :     20120 |  |  |  |  |  |
| 32 | ZSMF2-M01 | EMPTY - SMF2-M01 METAL BIN | .00 | EA | .0000 | EA | .00 |
|  | Req. Date: 10/01/20 | REQR       : RME<br>GL ACCT#   :     20120 |  |  |  |  |  |
| 33 | ZSMF4-M02 | EMPTY - SMF4-M02 METAL BIN | .00 | EA | .0000 | EA | .00 |
|  | Req. Date: 10/01/20 | REQR       : RME<br>GL ACCT#   :     20120 |  |  |  |  |  |
| 34 | ZT1SMF2-M01 | EMPTY - T1 - SMF2 - METAL BIN<br>T1XX PROGRAM | .00 | EA | .0000 | EA | .00 |
|  | Req. Date: 10/01/20 | REQR       : RME<br>GL ACCT#   :     20120 |  |  |  |  |  |
| 35 | ZT1SMF4-M02 | EMPTY - T1 - SMF4 - METAL BIN<br>T1XX PROGRAM | .00 | EA | .0000 | EA | .00 |
|  | Req. Date: 10/01/20 | REQR       : RME<br>GL ACCT#   :     20120 |  |  |  |  |  |
| 36 | Z22468-M03 | EMPTY - 22468-M03 METAL BIN | .00 | EA | .0000 | EA | .00 |
|  | Req. Date: 10/01/20 | REQR       : RME<br>GL ACCT#   :     20120 |  |  |  |  |  |
|  |  | PRICING: UNIT PIECE PRICE PER SCHEDULING AGREEMENT<br>QUANTITY:  100% AT OUR DEMAND, DEFINED BY DELIVERY SCHEDULE ISSUED<br>BY OUR MATERIALS DEPARTMENT.  IF DELIVERIES SHOULD BE LATE, CONTACT |  |  |  |  |  |

**SUPPLIER MUST ACKNOWLEDGE PRICE AND DELIVERY**

IMPORTANT
Buyer's Purchase Order Terms and Conditions, which are available at www.magna.com, are incorporated by reference herein and form an integral part hereof. Upon request, Buyer will furnish Seller with a hard copy of Buyer's Purchase Order Terms and Conditions. SELLER'S ACCEPTANCE OF THIS PURCHASE ORDER IS LIMITED TO THE TERMS AND CONDITIONS SPECIFIED ABOVE AND INCORPORATED BY REFERENCE HEREIN, AND ADDITIONAL OR DIFFERENT TERMS OR CONDITIONS PROPOSED BY SELLER ARE HEREBY REJECTED, UNLESS OTHERWISE EXPRESSLY AGREED IN WRITING BY BUYER AND SIGNED BY BUYER'S AUTHORIZED REPRESENTATIVES.
Applicable products must be properly labelled and accompanied by a Material Safety Data Sheet. Contractors and suppliers must comply with Cosma Body Assembly Michigan rules and requirements and applicable legislation.

CONTINUED NEXT PAGE ......

# MAGNA

# PURCHASE ORDER

COSMA BODY ASSEMBLY MICHIGAN
54725 GRAND RIVER AVE.
NEW HUDSON, MI 48165
DUNS 079856210

REVISION # 999
SPOT ORDER
BLANKET ORDER    X

PURCHASE ORDER NO.

**101403**

This number MUST appear on all Packing Slips, Invoices, etc.

Phone:          Fax:
Email:   CBM_SH_AP@magna.com   Tax ID:

| SUPPLIER | SHIP TO |
|---|---|
| ANCHOR MANUFACTURING GROUP INC    10505<br>12200 BROOKPARK RD.<br>CLEVELAND,OH,USA<br>44130<br>TEL: 2163621850 | COSMA BODY ASSEMBLY MICHIGAN    CBAMPLANT<br>54725 GRAND RIVER AVE.<br>NEW HUDSON, MI, USA<br>48165 |

| PAYMENT TERMS | SHIPPING TERMS | | SHIP VIA | |
|---|---|---|---|---|
| 2nd DAY 2nd MONTH | ORIGIN | | TRUCK | |
| **DATE ORDERED**<br>12/30/19 | **DATE REQUIRED**<br>** See Below ** | TAXABLE [ ]   NON-TAXABLE [X] | **FREIGHT CHARGES**<br>[X] Prepaid  [ ] Collect  [ ] Invoice | |

| ITEM | PART NUMBER | DESCRIPTION | QTY ORDERED | ORD U/M | UNIT PRICE | PRC U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | THE MATERIALS DEPARTMENT IMMEDIATELY.  ALL PREMIUM FREIGHT DUE TO LATE DELIVERIES ARE THE RESPONSIBILITY OF THE SUPPLIER.<br>SHIPPING:  FOB SUPPLIER<br>QUALITY:  SUPPLIER MUST ACHIEVE AND MAINTAIN COMPLIANCE WITH ALL OF THE REQUIREMENTS OF THE MAGNA SUPPLIER QUALITY ASSURANCE REQUIREMENTS MANUAL.  IN ADDITION TO THE FOREGOING STATEMENT, THIS PURCHASE ORDER SHALL BE GOVERNED BY THE BUYER'S PURCHASE ORDER TERMS AND CONDITIONS WHICH ARE AVAILABLE ON WWW.MAGNA.COM.<br>ALL MATERIAL MUST BE DELIVERED THROUGH THE RETURNABLE CONTAINER PROGRAM ESTABLISHED THROUGH CBAM'S MATERIALS DEPARTMENT, WHERE APPLICABLE. | | | | | |

SUPPLIER MUST ACKNOWLEDGE PRICE AND DELIVERY

**IMPORTANT**
Buyer's Purchase Order Terms and Conditions, which are available at www.magna.com, are incorporated by reference herein and form an integral part hereof. Upon request, Buyer will furnish Seller with a hard copy of Buyer's Purchase Order Terms and Conditions.
SELLER'S ACCEPTANCE OF THIS PURCHASE ORDER IS LIMITED TO THE TERMS AND CONDITIONS SPECIFIED ABOVE AND INCORPORATED BY REFERENCE HEREIN, AND ADDITIONAL OR DIFFERENT TERMS OR CONDITIONS PROPOSED BY SELLER ARE HEREBY REJECTED, UNLESS OTHERWISE EXPRESSLY AGREED IN WRITING BY BUYER AND SIGNED BY BUYER'S AUTHORIZED REPRESENTATIVES.
Applicable products must be properly labelled and accompanied by a Material Safety Data Sheet. Contractors and suppliers must comply with Cosma Body Assembly Michigan rules and requirements and applicable legislation.

SUB-TOTAL: _____.00
TAX: _____.00
TOTAL: _____.00
CURRENCY
US DOLLARS

**PAGE:     8**