## VERIFICATION

I, Thomas Tanasoff, am the Purchasing and Supply Chain Manager of Marada Industries, Inc. d/b/a CBAM Body Assembly Michigan and I am authorized to verify the foregoing Verified Complaint and do so based on my personal knowledge, company books and records, and/or matters made known to me. I declare under the penalties of perjury that this Verified Complaint has been examined by me and that its contents are true to the best of my information, knowledge, and belief. For those matters stated upon information and belief, I believe them to be true after reasonable inquiry.

Executed on December 28, 2022.

_____
Thomas Tanasoff