# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

---

MINUTES OF PROCEEDINGS – CIVIL

---

| | |
|---|---|
| MARADA INDUSTRIES, INC., | ) CASE No. 1:22-cv-2333 |
| Plaintiff, | ) DATE:  November 9, 2023 |
| v. | ) JUDGE DAVID A. RUIZ |
| ANCHOR TOOL & DIE CO., | ) COURT REPORTER:  n/a |
| Defendant. | ) |

---

Attorneys for Plaintiff: Ronald G. DeWaard   Attorneys for Defendant: Adam Smith
                        Brion B. Doyle                                John E. Benko
                        Marcel C. Duhamel

---

PROCEEDINGS: The court held a telephonic case management conference on this date with the above counsel. The court established a discovery schedule and set dispositive motion deadlines as indicated in a separate case management order to follow.

---

Total Time: 30 minutes

s/ *David A. Ruiz*
David A. Ruiz
U.S. District Judge