UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

MINUTES OF PROCEEDINGS – CIVIL

| | |
|---|---|
| MARADA INDUSTRIES, INC., | ) CASE No. 1:22-cv-2333 |
| Plaintiff, | ) DATE: February 15, 2024 |
| v. | ) JUDGE DAVID A. RUIZ |
| ANCHOR TOOL & DIE CO., | ) COURT REPORTER: n/a |
| Defendant. | ) |

Attorneys for Plaintiff: Ronald G. DeWaard
                              Brion B. Doyle
                              Marcel C. Duhamel

Attorneys for Defendant: Adam Smith
                                  John E. Benko

PROCEEDINGS: The court held a telephonic status conference on this date with the above counsel. The parties indicated a recent mediation conference was unsuccessful. Case management deadlines remain unchanged.

Total Time: 10 minutes

s/ *David A. Ruiz*
David A. Ruiz
U.S. District Judge