IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MARADA INDUSTRIES, INC. D/B/A COSMA BODY ASSEMBLY MICHIGAN, a Michigan corporation, | ) ) ) | Case No. 22-cv-02333-DAR |
| | ) | Judge David A. Ruiz |
| Plaintiff/Counter-Defendant, | ) ) | **STIPULATED ORDER FOR** |
| v. | ) ) | **DISMISSAL WITH PREJUDICE** |
| ANCHOR TOOL & DIE CO. D/B/A ANCHOR MANUFACTURING GROUP, INC., an Ohio corporation, | ) ) ) | |
| Defendant/Counter-Plaintiff. | | |

This matter having come before the Court on the stipulation of the parties, and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that the claims and counterclaims of all parties in this case shall be and hereby are dismissed with prejudice and without costs or attorney fees to any party.

**IT IS SO ORDERED**.

This is a final order and closes the case.

Dated: August 22, 2024

/s *David A. Ruiz*
Hon. David A. Ruiz
District Court Judge

Stipulated as to form and content:

Dated: August 15, 2024

By: */s/ Brion B. Doyle*
VARNUM LLP
Attorneys for Plaintiff/Counter-Defendant
Ronald G. DeWaard (P44117) (*Pro Hac*)
Brion B. Doyle (P67870) (*Pro Hac*)
P.O. Box 352
Grand Rapids, MI 49501-0352
(616) 336-6000

VORYS, SATER, SEYMOUR AND PEASE LLP
Attorneys for Plaintiff/Counter-Defendant
Matthew D. Fazekas (0099693)
Marcel C. Duhamel (0062171)
200 Public Square, 14th Floor
Cleveland, OH 44114
(216) 479-6112

Dated: August 15, 2024

By: */s/ John E. Benko*
John E. Benko (P58874)
(*Pro Hac*)
MCDONALD HOPKINS PLC
Attorneys for Defendant/Counter-Plaintiff
39533 Woodward Avenue, Suite 318
Bloomfield Hills, MI 48304
(248) 646-5070
jbenko@mcdonaldhopkins.com

Adam C. Smith (0087720)
MCDONALD HOPKINS LLC
Attorneys for Defendant/Counter-Plaintiff
600 Superior Avenue, East, Suite 2100
Cleveland, OH 44114
(216) 348-5400
acsmith@mcdonaldhopkins.com

26067779.1